1  Matthew Borden, Esq. (SBN: 214323)
    borden@braunhagey.com
2  J. Noah Hagey, Esq. (SBN: 262331)
    hagey@braunhagey.com
3  Athul K. Acharya (SBN: 315923)
    acharya@braunhagey.com
4  BRAUNHAGEY & BORDEN LLP
   351 California Street, Tenth Floor
5  San Francisco, CA 94104
   Telephone: (415) 599-0210
6  Facsimile: (415) 276-1808

APPROVED
Judge Edward J. Davila
7/12/2019

Attorneys for Plaintiff

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFONIA

KAREN MOU, on behalf of herself and those similarly situated,

Plaintiff,

v.

SSC SAN JOSE OPERATING COMPANY LP, SSC PITTSBURG OPERATING COMPANY LP, SSC OAKLAND EXCELL OPERATING COMPANY LP, SSC NEWPORT BEACH OPERATING COMPANY LP, SSC CARMICHAEL OPERATING COMPANY LP, SSC TARZANA OPERATING COMPANY LP, SAVASENIORCARE, LLC, SAVASENIORCARE ADMINISTRATIVE SERVICES, LLC, SAVASENIORCARE CONSULTING, LLC, SSC DISBURSEMENT COMPANY, LLC, AND DOES 1-10,

Defendants.

Case No. 5:18-cv-01911-EJD

**NOTICE OF DISMISSAL OF ANITA WILLIS**

1  TO THE HONORABLE COURT, ALL PARTIES, AND COUNSEL:

2  PLEASE TAKE NOTICE that Plaintiff Anita Willis voluntarily dismisses her individual
3  claims against Defendants SSC San Jose Operating Company LP, SSC Pittsburg Operating
4  Company LP, SSC Oakland Excell Operating Company LP, SSC Newport Beach Operating
5  Company LP, SSC Carmichael Operating Company LP, SSC Tarzana Operating Company LP,
6  SavaSeniorCare LLC, SavaSenior Care Administrative Services, LLC, SavaSeniorCare Consulting,
7  LLC, and SSC Disbursement Company, LLC ("Defendants") *without* prejudice.  This dismissal is
8  made in accordance with Fed. R. Civ. P. 41(a) as Plaintiff Anita Willis's dismissal is made prior to
9  the service of an answer or a motion for summary judgment by Defendants.

10  This dismissal does not apply to the individual claims of Plaintiff Karen Mou or the class
11  claims in the First Amended Complaint.

13  Dated:  June 6, 2019                              BRAUNHAGEY & BORDEN LLP
14

15
                                                      By:  */s/ Matthew Borden*
16                                                         Matthew Borden

17                                                    Attorneys for Plaintiff Karen Mou
                                                      and those similarly situated
18