# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| KAREN MOU, ANITA WILLIS, on behalf of themselves and those similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>SSC SAN JOSE OPERATING COMPANY LP, SSC PITTSBURG OPERATING COMPANY LP, SSC OAKLAND EXCELL OPERATING COMPANY LP, SSC NEWPORT BEACH OPERATING COMPANY LP, SSC CARMICHAEL OPERATING COMPANY LP, SSC TARZANA OPERATING COMPANY LP, SAVASENIORCARE LLC, SAVASENIOR CARE ADMINISTRATIVE SERVICES, LLC, SAVASENIORCARE CONSULTING, LLC, SSC DISBURSEMENT COMPANY, LLC and DOES 1-10,<br><br>Defendants. | Case No. 5:18-cv-01911-EJD (NC)<br><br>**CLASS ACTION**<br><br>**ORDER RE: DISCOVERY PLAN AND RESOLVING DISCOVERY DISPUTE**<br><br>Judge:    Hon. Nathanael M. Cousins |

# ORDER

## 1. PURPOSE

This Order resolves a discovery dispute (ECF 71, 73) with dueling proposed orders (ECF 75, 76) for an ESI discovery plan in this case. The Court held a hearing on the dispute on September 11. This Order is derived from the proposed order filed by defendants. It is guided by the need for an ESI discovery plan to guide the parties justly and efficiently through the discovery process, with discovery of information proportional to the needs of the case under Fed. R. Civ. P. 26. The Court set a further discovery hearing for October 30, 2019, at 1:00 p.m. to follow up on the implementation of this plan. No costs or fees are awarded.

## 2. COOPERATION

The parties must be mindful of the importance the Court places on cooperation and commit to cooperate in good faith throughout the matter. With respect to ESI, cooperation must be consistent with this Court's Guidelines for the Discovery of ESI.

## 3. LIAISONS

The parties have previously identified and consulted with liaisons (e.g., in-house counsel, members of Defendants' information technology systems executive team, and third party e-discovery vendors) who are and will be knowledgeable about and responsible for discussing their respective ESI. The parties' e-discovery liaisons must be, or have access to those who are, knowledgeable about the technical aspects of e-discovery, including the location, nature, accessibility, format, collection, search methodologies, and production of ESI in this matter. The parties must rely on the liaisons, as needed, to confer about ESI and to help resolve disputes without court intervention.

## 4. PRESERVATION

The Court finds that the preservation obligations described below are reasonable and proportionate to the needs of this matter. To reduce the costs and burdens of preservation and to ensure proper ESI is preserved, the Court orders:

    1.1. ESI created or received after February 20, 2014, through June 6, 2018 will be preserved;

1.2. Defendants will preserve ESI for the following custodians:

- Remedios Tibayan, Administrator
- Corazon Obillo, Administrator
- Antonio Moya, Administrator
- Teodora Chua, Director of Nursing
- Glenda Cabrera, Director of Nursing
- Zenaida Francisco, Director of Nursing
- Agnes Romito, Social Services Manager
- Mary Ruvalcaba, District Director of Clinical
- Lisa Favre - Manager, Policy & Procedure Development
- Wynn Sims, Vice President and Secretary
- Michael Ruback, District Director of Operations
- Wayne Sanner, former President
- Michael Oxford, SVP Operations

1.3. The parties shall add or remove custodians as reasonably necessary, after conferring in accordance with Sections (2) and (3), set forth above.

## 5. SEARCH

The search parameters for this initial phase of discovery, which this Court finds meet the immediate needs of this matter, are set forth in Section (7), below. With respect to subsequent searches, if any are warranted, the parties must meet and confer about methods to search ESI in order to identify ESI that is subject to production in discovery and filter out ESI that is not subject to discovery. Plaintiffs, for example, have proposed additional search terms in their proposed order, ECF 76. The Court has not ordered these terms to be searched at this time, but the parties must continue to confer with each other as the discovery process unfolds.

## 6. PRODUCTION FORMATS

The parties will produce documents in standardized TIFF Concordance load files and PDF format otherwise. If particular documents warrant a different format, the parties will cooperate to arrange for the mutually acceptable production of such documents. The parties must not degrade

5819766.2

2
ORDER RE: DISCOVERY PLAN
5:18-CV-01911-EJD

the searchability of documents as part of the document production process.

## 7. PHASING

In accordance with this Court's Guidelines for the Discovery of ESI, the Court finds that the initial phase of discovery described below is reasonably aimed at producing information from sources most likely to contain relevant information, while postponing or avoiding discovery from sources less likely to contain relevant and discoverable information. *See* ESI Discovery Guidelines, Guideline 2.02(d). Further, the Court finds that, to the extent additional discovery is warranted, the parties should utilize this initial production as a sample for assessing how to structure further discovery (e.g., revised search terms, additional custodians, additional sources of information, etc.). *See* ESI Discovery Guidelines, Guideline 2.02(f).

With respect to email discovery, Defendants will run the following search terms, which are narrowly tailored to subject matter of Plaintiff's lawsuit:

- "facility initiated"
- "Last covered day"
- "Mrs. Mou"
- "Ms. Mou"
- "plan of correction" w/20 "discharge"
- "POC" w/20 discharge
- "resident initiated"
- Chin-Li w/10 Mou
- Discharge
- Karen w/10 Mou

These search terms will be run against the following facility level custodians, who may have been involved in any communications about discharge decisions at the facility, including communications about Plaintiff's discharge and communications with other corporate defendants about all discharges from the facility:

- Remedios Tibayan, Administrator
- Corazon Obillo, Administrator

- Antonio Moya, Administrator
- Teodora Chua, Director of Nursing
- Glenda Cabrera, Director of Nursing
- Zenaida Francisco, Director of Nursing
- Agnes Romito, Social Services Manager

These search terms hit on 2,221 documents, which must thereafter be reviewed for relevance and privilege and produced by Friday, September 13, 2019. Following the initial production, Plaintiff's must thereafter review and assess the documents and confer with Defendants as to what additional searches are warranted, if any. The parties must continue to prioritize the order of subsequent productions in a reasonable manner.

With respect to other document productions (i.e., outside of email databases), Defendants must produce the following documents by Friday, September 27, 2019:

- Subleases for SSC Newport Beach Operating Company LP and SSC Carmichael Operating Company LP
- Back Office Services Agreement for SSC Newport Beach Operating Company LP and SSC Carmichael Operating Company LP
- Consulting Services Agreement for SSC Newport Beach Operating Company LP and SSC Carmichael Operating Company LP
- SSC San Jose Operating Company LP ("Courtyard") discharge notices held on site

Following the initial production, Plaintiff's must thereafter review and assess the documents and confer with Defendants as to what additional searches are warranted, if any. The parties must continue to prioritize the order of subsequent productions in a reasonable manner. The parties are encouraged to utilize depositions under Fed. R. Civ. P. 30(b)(6) to facilitate efficient discovery.

## 8. DOCUMENTS PROTECTED FROM DISCOVERY

Pursuant to Fed. R. Evid. 502(d), the production of a privileged or work-product-protected document, whether inadvertent or otherwise, is not a waiver of privilege or protection from discovery in this case or in any other federal or state proceeding. For example, the mere

production of privileged or work-product-protected documents in this case as part of a mass production is not itself a waiver in this case or in any other federal or state proceeding. Communications involving trial counsel that post-date the filing of the complaint need not be placed on a privilege log.

### 9. MODIFICATION

This Order may be modified by further Court Order for good cause shown. A discovery status hearing is set October 30, 2019, at 1:00 p.m., in San Jose courtroom 5.

**IT IS SO ORDERED.**

Dated: September 11, 2019

_____
HON. NATHANAEL M. COUSINS
Judge of the Northern District of California