Scott J. Kiepen (State Bar No. 175504)
Katrina A. Pagonis (State Bar No. 262890)
**HOOPER LUNDY & BOOKMAN, P.C.**
101 Montgomery Street, 11th Floor
San Francisco, CA 94104
Telephone: (415) 875-8500
Facsimile: (415) 986-2157
Email: SKiepen@health-law.com
Email: KPagonis@health-law.com

Mark A. Johnson (State Bar No. 191610)
Stanton J. Stock (State Bar No. 279179)
**HOOPER LUNDY & BOOKMAN, P.C.**
101 West Broadway St., Ste. 1200
San Diego, CA 92101
Telephone: (619) 744-7300
Email: mjohnson@health-law.com
Email: sstock@health-law.com

Attorneys for Defendants

Matthew Borden, Esq. (SBN: 214323)
J. Noah Hagey, Esq. (SBN: 262331)
Athul K. Acharya (SBN: 315923)
BRAUNHAGEY & BORDEN LLP
351 California Street, Tenth Floor
San Francisco, CA 94104
Telephone: (415) 599-0210
Facsimile: (415) 276-1808
Email: borden@braunhagey.com
Email: hagey@braunhagey.com
Email: acharya@braunhagey.com

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAREN MOU, on behalf of herself and those similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SSC San Jose Operating Company LP, et al.,<br><br>Defendants. | Case No. 18-cv-01911-EJD<br><br>Hon. Edward J. Davila<br><br>**JOINT STATEMENT IN RESPONSE TO ORDER TO SHOW CAUSE** |

Pursuant to the Court's Order to Show Cause Re Settlement (ECF No. 115), the Parties hereby respectfully submit this Joint Statement, requesting ten (10) additional days (through July 15, 2020) to finalize and file a dismissal in this matter.  By that time, the parties expect that all the necessary consents and signatures will be in place and will notify the Court immediately to obviate the OSC hearing that the Court has set for July 16, 2020.

Although the parties reached agreement on settlement during the course of mediation, intervening events have impeded finalization of the settlement.  In particular, because this case involves skilled nursing facilities ("SNFs"), the unusual circumstances of the COVID-19 pandemic have created issues requiring additional time to finalize and file a dismissal.

Under the settlement reached during the course of mediation, the parties agreed to certain changes to Defendants' current practices related to discharging residents.  At present, the parties are modifying that agreement in light of directives from the United States Department of Health and Human Services to address the exigencies created by the COVID-19 pandemic and to ensure that the injunction will not conflict with waivers or flexibilities adopted by the United States Department of Health and Human Services in response to the COVID-19 pandemic.

Separately, the parties' settlement agreement is contingent upon third-party approvals to be obtained by Defendants pursuant to loans and/or lease covenants.  Although the volatility of the COVID-19 pandemic has impeded the approval process, Defendants expect that the approvals will be in place on or before July 15, 2020.

The Parties, therefore, respectfully request ten (10) days' time to obtain third-party approvals and to submit the paperwork to the Court.

Dated:  July 6, 2020					HOOPER LUNDY & BOOKMAN, P.C.

							By:	*/s/ Katrina A. Pagonis*
								SCOTT J. KIEPEN
								KATRINA A. PAGONIS
								MARK A. JOHNSON
								STANTON J. STOCK
							Attorneys for Defendants

Dated:  July 6, 2020                              BRAUNHAGEY & BORDEN LLP

                                                  By:    */s/ Matthew Borden*
                                                         MATTHEW BORDEN
                                                  Attorneys for Plaintiff Karen Mou and those similarly situated

**ATTESTATION PURSUANT TO LOCAL RULE 5-1(i)(3)**

Pursuant to Local Rule 5-1(i)(3), I, Katrina A. Pagonis, attest that all other signatories listed and on whose behalf the filing is submitted concur in this filing's content and have authorized this filing.

Dated: July 6, 2020                               */s/ Katrina A. Pagonis*
                                                  Katrina A. Pagonis