Scott J. Kiepen (State Bar No. 175504)
Katrina A. Pagonis (State Bar No. 262890)
**HOOPER LUNDY & BOOKMAN, P.C.**
101 Montgomery Street, 11th Floor
San Francisco, CA 94104
Telephone: (415) 875-8500
Facsimile: (415) 986-2157
Email: SKiepen@health-law.com
Email: KPagonis@health-law.com

Mark A. Johnson (State Bar No. 191610)
Stanton J. Stock (State Bar No. 279179)
**HOOPER LUNDY & BOOKMAN, P.C.**
101 West Broadway St., Ste. 1200
San Diego, CA 92101
Telephone: (619) 744-7300
Email: mjohnson@health-law.com
Email: sstock@health-law.com

Attorneys for Defendants

Matthew Borden, Esq. (SBN: 214323)
J. Noah Hagey, Esq. (SBN: 262331)
Athul K. Acharya (SBN: 315923)
BRAUNHAGEY & BORDEN LLP
351 California Street, Tenth Floor
San Francisco, CA 94104
Telephone: (415) 599-0210
Facsimile: (415) 276-1808
Email: borden@braunhagey.com
Email: hagey@braunhagey.com
Email: acharya@braunhagey.com

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAREN MOU, on behalf of herself and those similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SSC San Jose Operating Company LP, et al.,<br><br>Defendants. | Case No. 18-cv-01911-EJD<br><br>Hon. Edward J. Davila<br><br>**JOINT STATEMENT IN RESPONSE TO ORDER TO SHOW CAUSE** |

HOOPER, LUNDY & BOOKMAN, P.C.
101 MONTGOMERY STREET
11TH FLOOR
SAN FRANCISCO, CA 94104
TEL: (415) 875-8500 • FAX: (415) 986-2157

1     The Parties hereby respectfully submit this Joint Statement in response to the Court's Order to Show Cause (Dkt. 113.) The Parties have reached a final settlement and obtained the consent of all necessary third parties. In accordance with the Parties' settlement agreement, the Parties jointly request that the Court enter the stipulated injunction attached to this Statement as Exhibit 1 and maintain jurisdiction of the stipulated injunction until its expiration. Per the terms of the Parties' settlement agreement, the stipulated injunction will become effective 90 days from the effective date of this settlement, unless the Parties agree to a later date with the approval of the Court. Thus, Parties request that the Court not dismiss this case and instead enter the stipulated injunction to which the Parties have agreed.

Dated: July 15, 2020　　　　　　　HOOPER LUNDY & BOOKMAN, P.C.

By: _/s/ Scott J. Kiepen_
　　　SCOTT J. KIEPEN
　　　KATRINIA A. PAGONIS
　　　MARK A. JOHNSON
　　　STANTON J. STOCK
Attorneys for Defendants

Dated: July 15, 2020　　　　　　　BRAUNHAGEY & BORDEN LLP

By: _/s/ Matthew Borden_
　　　MATTHEW BORDEN
Attorneys for Plaintiff Karen Mou and those similarly situated

**FILER'S ATTESTATION**

I attest under penalty of perjury that concurrence in the filing of this document has been obtained from counsel for Defendants.

Dated: July 15, 2020　　By: _/s/ Matthew Borden_
　　　　　　　　　　　　　　　MATTHEW BORDEN